

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

March 26, 2019

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re: *Gordon v. MiMedx Group, Inc.*,
         Case No.: 1:18-cv-01831-ER

Dear Judge Ramos,

  We represent Arkansas Teacher Retirement System (ATRS) and write in response to the Court's orders of March 19th and 22nd in the above referenced matter.

  We have reviewed the letter sent to your Honor by counsel for the Carpenters Pension Fund of Illinois (Carpenters) dated March 20, 2019 and do not object to the relief requested by the Carpenters. ATRS did withdraw its motion to be appointed lead plaintiff in the Georgia action and following the dismissal of the Gordon action before your honor did not believe it was necessary to take further action before this Court.

             Respectfully,

             Frederic S. Fox

cc: All counsel of record

