UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENNETH GORDON, Individually and On Behalf of All others Similarly Situated,

                Plaintiff,

- against -

MIMEDX GROUP, INC., PARKER H. PETIT, and MICHAEL J. SENKEN,

                Defendants.

**ORDER**

18 Civ. 01831 (ER)

---

Ramos, D.J.:

    For the reasons stated in the parties' letters, Docs. 30 and 32, the Court's March 19, 2019 Opinion and Order is VACATED and the Clerk of the Court is respectfully directed to close the case, 18 Civ. 1831.

    It is SO ORDERED.

Dated:    April 1, 2019
              New York, New York

                                                  Edgardo Ramos, U.S.D.J.